### Fred L. COOPER v. STATE.   (No. 9568.)

(Court of Criminal Appeals of Texas. Nov. 25, 1925.   Rehearing Denied Dec. 23, 1925.)

Appeal from Criminal District Court, Harris County; C. W. Robison, Judge.

W. A. Rowe, of Houston, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J.  Appellant has been convicted for forgery. The punishment is two years in the penitentiary.

The record contains no bills of exception. The facts support the verdict and judgment.

The judgment is affirmed.